

**Required Statement Pursuant to Southern District of Illinois Local Bankruptcy Rule 4001-2(B)(1)**

The following has a legal or equitable interest in the Property: Internal Revenue Service.

First Southern Bank fka Bank of Marion,

By: _____*/s/ Pinju Chiu*_____
Pinju Chiu
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
PINJU CHIU (#6329542)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754