# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS
# BENTON DIVISION

| | |
|---|---|
| In re: BATSON, JAMES A.<br>DARLING-BATSON, ANN ELIZABETH<br><br>Debtor(s) ANN ROBINSON | §    Case No. 20-40287-LKG-GKL<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Dana S Frazier, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    301 W. Main Street

    Benton, IL 62812

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:00am on 05/26/2021 in Courtroom 1, United States Courthouse, 301 W. Main Street
Benton, IL 62812.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  04/08/2021    By:  /s/Dana S Frazier
                                             Trustee

Dana S Frazier, Trustee
P.O. Box 159
Murphysboro, IL  62966
(618) 687-5707

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

In re: BATSON, JAMES A. § Case No. 20-40287-LKG-GKL
DARLING-BATSON, ANN ELIZABETH §
§
Debtor(s) ANN ROBINSON §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,000.00 |
| *and approved disbursements of* | $ 24.94 |
| *leaving a balance on hand of* [1] | $ 8,975.06 |
| **Balance on hand:** | $ 8,975.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,975.06 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Dana S Frazier, Trustee | 1,650.00 | 0.00 | 1,650.00 |
| Trustee, Expenses - Dana S Frazier, Trustee | 175.60 | 0.00 | 175.60 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,825.60 |
| Remaining balance: | $ 7,149.46 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 7,149.46 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $202,066.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 4P-2 | INTERNAL REVENUE SERVICE | 162,762.14 | 0.00 | 5,758.80 |
| 11P | Illinois Department of Revenue | 39,304.38 | 0.00 | 1,390.66 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 7,149.46 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,025.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MERRICK BANK | 2,508.75 | 0.00 | 0.00 |
| 3 | Discover Bank | 26,621.65 | 0.00 | 0.00 |
| 4U | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 5 | Cavalry SPV I, LLC | 4,575.58 | 0.00 | 0.00 |
| 6 | Midland Funding LLC | 2,823.64 | 0.00 | 0.00 |
| 7 | American Express National Bank | 7,155.32 | 0.00 | 0.00 |
| 8 | Jefferson Capital Systems, LLC | 339.60 | 0.00 | 0.00 |
| 9 | Verizon | 1,664.61 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | Synchrony Bank | 3,368.50 | 0.00 | 0.00 |
| 12 | Portfolio Recovery Associates, LLC | 292.79 | 0.00 | 0.00 |
| 13 | Portfolio Recovery Associates, LLC | 1,285.62 | 0.00 | 0.00 |
| 14 | SYNCHRONY BANK | 389.37 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 5,716.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4U-2 | INTERNAL REVENUE SERVICE | 4,990.29 | 0.00 | 0.00 |
| 11U | Illinois Department of Revenue | 726.50 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Dana S Frazier, Trustee
                                                                                                                                           Trustee

Dana S Frazier, Trustee
P.O. Box 159
Murphysboro, IL  62966
(618) 687-5707

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 7 |
| JAMES A. BATSON and | ) | |
| ANN E. DARLING-BATSON, | ) | |
| | ) | |
| Debtor(s). | ) | Case No. 20-40287 |

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the NOTICE OF TRUSTEE'S FINAL REPORT ABANDONMENT OF PROPERTY, HEARING ON APPLICATIONS FOR COMPENSATION AND OBJECTIONS TO CLAIMS (IF ANY) was served upon all interested parties in the above-captioned cause either electronically or by enclosing the same in an envelope addressed to each attorney or interested party at their address(es) disclosed by the pleadings of record, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office mail box in Murphysboro, Illinois, on the 8th day of April, 2021.

| | | |
|---|---|---|
| Bradley P Olson<br>101 E DeYoung<br>Marion, IL 62959 | Capital One Auto Finance,<br>a division of Capital On<br>4515 N Santa Fe<br>Dept APS<br>Oklahoma City, OK 73118 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Illinois Department<br>of Revenue<br>Bankruptcy Unit<br>P.O. Box 19035<br>Springfield, IL 62794-9035 | Merrick Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive<br>Ste 400<br>Valhalla, NY 10595 | Midland Funding LLC<br>P.O. Box 2011<br>Warren MI 48090 | American Express National<br>Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Jefferson Capital Systems,<br>LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 | Verizon<br>American InfoSource<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Synchrony Bank<br>c/o PRA Receivables<br>Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 |

| | | |
|---|---|---|
| Portfolio Recovery<br>Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Synchrony Bank<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121 | U.S. Department of Justice<br>U.S. Trustee, Region 10<br>Becker Building,<br>Room 1100<br>401 Main St.<br>Peoria, IL  61602 |

/s/ Dana S. Frazier

Frazier Law Office, LLC
Dana S. Frazier, Chapter 7 Trustee
P.O. Box 159
Murphysboro, IL  62966
Ph.: (618) 687-5707/Fax: (618) 687-5710